# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Autumn White,

    Plaintiff,

v.

Costco Wholesale Corporation,

    Defendant.

Case No. 2:25-cv-01967-ART-NJK

**ORDER**

[Docket No. 15]

Pending before the Court is Defendant's emergency motion to extend the expert disclosure deadline, set for February 9, 2026. Docket No. 15. The motion is predicated on circumstances that may show that Plaintiff has abandoned this case and/or that Plaintiff's counsel is ghosting defense counsel.[1] The Court hereby **ORDERS** Plaintiff's counsel, James Urrutia, to contact defense counsel to confer regarding the outstanding discovery by <u>5:00 p.m. on January 29, 2026.</u> In the interim, the Court **DENIES** without prejudice the emergency motion to extend. Defendant may seek further relief arising out of these circumstances by February 2, 2026.[2]

IT IS SO ORDERED.

Dated: January 28, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

---

[1] Defendant served written discovery months ago that includes the basic discovery building blocks for this case to advance, including a request for a medical release. Despite issuance of an order specifically noting the failure of Plaintiff to respond to this very same discovery, Docket No. 14, Plaintiff has continued to fail to respond to the discovery and Plaintiff's counsel has failed to respond to inquiries from defense counsel as to that failure, *see* Docket No. 15.

[2] In any renewed request, nothing herein prevents Defendant from seeking relief separate and apart from a further extension of the case management deadlines. The Court does not opine herein on what relief (if any) is appropriate.

1